# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

SARA OLVERA, ABNER JOHNSON, )
LILLIAN D. WITT, MARION )
WILLIAMS, and PHYLLIS WILLIAMS, )
individually and as representatives of a )
proposed class of others similarly situated, )
)
        Plaintiffs, )
)
v. )
) Civil Action No. 1:06-CV-3597-MBS
NORFOLK SOUTHERN RAILWAY )
COMPANY, )
)
        Defendant. )
)

## CLASS REPRESENTATIVE AFFIDAVIT

I, Sara Olvera, being first duly sworn, hereby state as follows:

1. I make this Affidavit of my own personal knowledge, except as to those matters stated on information and belief, which matters I believe to be true. If I were called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2. My name is Sara Olvera. I am a resident of 109 Aiken Road in Graniteville, South Carolina.

3. I was appointed a Class Representative in this action pursuant to this Court's January 8, 2007 Order.

4. I am a member of one of the subclasses of the Class certified pursuant to this Court's January 8, 2007 Order.

6.   I am aware that the parties have reached a Proposed Settlement Agreement of this matter, which is subject to the final approval of the Court.

7.   The terms of the PSA, and their effect, have been fully explained to me and I have been given an opportunity to ask questions about the PSA and about the settlement procedure.

8.   Aside from those provisions set forth in the PSA that govern my claim, no payment or any promise of any kind has been or will be made to me for the purpose of obtaining my consent to the PSA.

9.   On or about March 8, 2007, I submitted my claim pursuant to the PSA.

10.  On or about April 5, 2007, my claim was approved. I elected to participate in the Accelerated Implementation Option under the terms of PSA Section 11.7, which resulted in the payment of my claim and the execution of a release and indemnity agreement incorporating the terms and provision of the PSA and the proposed Final Order and Judgment.

11.  I believe the PSA to be fair, adequate and reasonable.

FURTHER THE AFFIANT SAITH NOT.

_____
CLASS REPRESENTATIVE

Sworn to and subscribed before me
this 12th day of June, 2007

_____
Notary Public of South Carolina
My Commission Expires 02-28-17