AO450 - Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### AIKEN DIVISION

Sara Olvera, Abner Johnson, Lillian D. Witt,
Marion D. Williams, and Phyllis Williams,
individually and as representatives of a proposed
class of others similarly situated,

       Plaintiffs,

vs.

Norfolk Southern Railway Company,

       Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 1:06-3597-MBS

- [ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

- [X] **Decision by Court.** This action came to hearing before the Court, the Honorable Margaret B. Seymour, US District Judge, presiding. The Court having granted the motions to certify class and for final approval of class settlement,

- [ ] **Decision on the Record.** This action came before the Court on the record. The issues have been reviewed and a decision rendered.

    **IT IS ORDERED AND ADJUDGED** that the plaintiffs, Sara Olvera, Abner Johnson, Lillian D. Witt, Marion D. Williams, and Phyllis Williams, individually and as representatives of a proposed class of others similarly situated, take nothing of the defendant, Norfolk Southern Railway Company, and all Released Claims of the Class against all Released Entities are dismissed with prejudice.

                                        LARRY W. PROPES, Clerk

                                        By: s/Charles L. Bruorton
                                               Deputy Clerk

June 28, 2007