IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

AIKEN DIVISION

| | |
|---|---|
| Sara Olvera, Abner Johnson, Lillian D. Witt, Marion Williams, and Phillis Williams,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>Norfolk Southern Railway Company,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 1:06-cv-3597-MBS<br>)<br>)<br>)<br>) |

**NOTICE OF FILING OF AMENDED PETITION TO
APPROVE MINOR SETTLEMENT**

Attached is an Amended Petition to Approve Minor Settlement and accompanying Affidavit of Guardian ad Litem, Georgina Riley.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

December 19, 2007　　　　　　　　　s/Frances G. Zacher
　　　　　　　　　　　　　　　　　　Frances G. Zacher (Fed I.D. # 9752)
　　　　　　　　　　　　　　　　　　Gregory P. Sloan (Fed I.D. # 6845)
　　　　　　　　　　　　　　　　　　GALLIVAN, WHITE & BOYD, P.A.
　　　　　　　　　　　　　　　　　　55 Beattie Place, Ste. 1200
　　　　　　　　　　　　　　　　　　Post Office Box 10589
　　　　　　　　　　　　　　　　　　Greenville, SC  29603
　　　　　　　　　　　　　　　　　　(864) 271-9580

　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　Norfolk Southern Railway Company