AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Sara Olvera, Abner Johnson, Lillian D. Witt,
Marion Williams, and Phyllis Williams,
individually and on behalf of all others similarly
situated

*Plaintiffs.*
v.
Norfolk Southern Railway Company
*Defendant*

Civil Action No.     1:06-3597-MBS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

■ the defendant, Norfolk Southern Railway Company, shall recover from the plaintiffs, counsel, individually, for attorney's fees the sum of Seventeen Thousand, Six Hundred Thirty-Nine and 82/100 ($17,639.82) Dollars.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

❏ other:

This action was *(check one)*:

❏ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable Margaret B. Seymour, United States District Judge presiding. The court having granted the defendant's motion for attorney's fees.

*CLERK OF COURT*

Date: June 21, 2010

s/Angie Snipes

*Signature of Clerk or Deputy Clerk*