AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Sara Olvera, Abner Johnson, Lillian D. Witt, Marion Williams, and Phyllis Williams, individually and on behalf of all others similarly situated )
    *Plaintiffs,* )
v. )  Civil Action No.    1:06-3597-MBS
Norfolk Southern Railway Company )
    *Defendant*

## AMENDED JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

■ the defendant, Norfolk Southern Railway Company, shall recover from the plaintiffs', counsel, Douglas M. Schmidt, individually for attorney's fees in the sum of Seventeen Thousand, Six Hundred Thirty-Nine and 82/100 ($17,639.82) Dollars. The Clerk of Court is directed to include in the amended judgment a nunc pro tunc date of June 21, 2010.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

This action was *(check one)*:

❏ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable Margaret B. Seymour, United States District Judge presiding. The court having granted the defendant's motion to amend the judgment, filed on June 23, 2010 granting the defendant's motion for attorney's fees.

Date:  July 26, 2010

*CLERK OF COURT*

s/Angie Snipes

*Signature of Clerk or Deputy Clerk*